**EXHIBIT 2:** INFRINGEMENTS #1 & #2
URL: https://www.facebook.com/photo/?fbid=366846322048322&set=pb.100061688713613.-2207520000



**EXHIBIT 2:** INFRINGEMENTS #3 & #4
URL: https://www.instagram.com/p/CZzUL2GF_Pc/

